

FILED
CLERK, U.S. DISTRICT COURT
DEC 19 2016
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MANUEL ALEC MORENO,

    Defendant.

2:16CR00833-CAS-2

Case No. ~~16-2337M~~-2

ORDER OF DETENTION

I.

On November 30, 2016, Defendant made his initial appearance in the Eastern District of California on the Criminal Complaint filed in this district, and was detained and removed to this district. On December 16, 2016, Defendant made his initial appearance in this district and was arraigned on the criminal complaint filed in this matter. The Court conducted a detention hearing.

☒ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

the Court finds that the defendant has not rebutted the § 3142(e)(2) presumption by sufficient evidence to the contrary.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of

the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered all the evidence adduced at the hearing and the arguments, the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

## IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

- ☒ nature and circumstances of alleged offense.
- ☒ criminal history includes felony convictions in 2012 and 2013 for firearms violations and probation violations/revocations.
- ☒ Defendant is currently on probation and has a pending probation violation petition issued by the Sacramento Superior Court.
- ☒ Defendant has a history of failures to appear in traffic court and vehicle code violations.
- ☒ no bail resources.
- ☒ no economic ties to the Central District of California.
- ☒ unknown background information.
- ☒ Unrebutted Presumption.

As to danger to the community:

☒ criminal history includes felony convictions for firearms violations (felon/addict in possession of a firearm and carrying a loaded firearm in a public place), and a history of probation violations.

☒ Allegations in present charging document include possession with intent to distribute methamphetamine and may have been committed while defendant was on active probation.

☒ Defendant is a documented gang member

☒ Unrebutted presumption [18 U.S.C. § 3142(e)(2)]

## V.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: December 19, 2016          \_\_\_\_\_/s/_____
                                  HON. ALKA SAGAR
                                  UNITED STATES MAGISTRATE JUDGE